UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST, *et al.*,<br><br>                Plaintiffs,<br>    v.<br>WILLIAM P. ADKISON,<br><br>                Defendant,<br>    v.<br>HERZOG GLASS, INC.,<br><br>                Garnishee. | Case No. MC19-0010RSL<br><br>ORDER VACATING WRIT OF GARNISHMENT |

    The Writ of Garnishment issued on January 23, 2019, is hereby VACATED. The Clerk of Court is directed to close the above-captioned matter.

    Dated this 15th day of January, 2020.

                                    */s/ Robert S. Lasnik*
                                    Robert S. Lasnik
                                    United States District Judge

ORDER VACATING WRIT OF GARNISHMENT